UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **19-24347-CIV-MARTINEZ-REID**

KARAKA CAMPBELL,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE REID'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petitioner's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (the "Petition") [ECF No. 1]. Magistrate Judge Reid filed a Report and Recommendation [ECF No. 11], recommending that: (a) that the petition be dismissed as time-barred; (b) that no certificate of appealability issue; and (3) that this case be closed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is:

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation [ECF No. 11] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

    1.     The Petition [ECF No. 1] is **DISMISSED** as time-barred.

    2.     No certificate of appealability shall issue.

    3.     This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

    4.      A final judgment shall be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of December, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Karaka Campbell, *pro se*